IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DON ANDERSON, individually and on behalf**
**of all others similarly situated**                                              **PLAINTIFF**

v.            CASE NO: 4:11CV00650 BSM

**FIRST SECURITY BANK**                                              **DEFENDANT**

## ORDER OF DISMISSAL

Upon the parties' joint motion to dismiss [Doc. No. 11], all claims against defendant First Security Bank are dismissed with prejudice and each party will bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 14th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE